USM

# United States District Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -2 PM 4:08
LORETTA G. WHYTE
CLERK

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

JESSE PETERS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-341 C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jesse Peters** 9507 River Road Waggaman, LA 70994 and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (X ) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with Bank robbery

in violation of Title 18 United States Code, Section(s) 2113(a)

| **LORETTA G. WHYTE** | **CLERK** |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | **August 14, 2006 New Orleans, Louisiana** |
| Signature of Issuing Officer | Date and Location |
| P. Nebert | |
| (By) Deputy Clerk | |

RECEIVED U.S. MARSHAL 2006 AUG 15 PM 4:46 EASTERN DISTRICT OF LOUISIANA

Bail fixed at $______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 500 Poydras New Orleans | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/2/06 | L. Ramin DUSM | [signature] |

# United States District Court

RETURN

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

JESSE PETERS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-341 C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jesse Peters** 9507 River Road Waggaman, LA 70994 and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) *Indictment* ( ) *Information* ( ) *Complaint* ( ) *Order of* Court ( ) Probation Violation Petition (X) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with Bank robbery

in violation of Title 18 United States Code, Section(s) 2113(a)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**August 14, 2006 New Orleans, Louisiana**
Date and Location

P. Hebert
(By) Deputy Clerk

Bail fixed at $________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Prob12C (7/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 14 AM 7:36
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** JESSE PETERS **Case Number:** 053L 2:00CR00341-001C

**Name of Sentencing Judicial Officer** : Honorable Helen G. Berrigan

**Offense:** 18 U.S.C. 2113(a) - Bank robbery

**Date of Sentence:** March 14, 2001

**Sentence:** 41 months in the custody of the Bureau of Prisons, followed by a supervised release term of three years, and pay restitution in the amount of $1,873.00, to begin while incarcerated. A $100.00 special assessment fee was also ordered.

**Special Conditions :**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Pay restitution of $1,873.00 to begin while incarcerated. Upon release, any unpaid balance shall be paid at a rate of $75.00 per month.

**Type of Supervision :** Supervised Release **Date Supervision Commenced** : November 07, 2003

**Assistant U .S. Attorney:** Constantine D. Georges **Defense Attorney :** Ron Small

---

### PETITIONING THE COURT

[ X ] To issue a warrant [ ] To issue a summons

For the arrest of Jesse Peters for alleged violations of Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition (s) of supervision:

| Violation Number | Nature of Non -Compliance |
|---|---|
| Special Condition No. 2: | Peters has not completed the orientation and life skills program as scheduled. He completed three of five classes. |
| Standard Condition No. 2: | Following Hurricane Katrina, Jessie Peters agreed to report to the Probation Office at the beginning of April 2006, but failed to do so. Additionally, Peters has not submitted monthly supervision reports since March 2005. |
| Standard Condition No. 3: | Jesse Peters was given specific instructions to report to the Probation Office at the beginning of April 2006. He failed to report as instructed. |

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No ____

**CUSTODIAL STATUS :**

Jesse Michael Peters, Jr. is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 07, 2006

for Kenny R. Dixon
U.S. Probation Officer

REVIEWED BY:

Matthew G. Arseneaux
Supervising U. S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/11/06
Date

Address of Offender: 9507 River Road
Waggaman, LA 70994

CLERK'S OFFICE
A TRUE COPY
AUG 14 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:

Original - Clerk's Office
1 Copy Certified - U.S. Attorney
1 Copy Certified - U.S. Marshal's Office
2 Copies Certified - U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

