# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS. _____ FOR _____ AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): JESSIE PETERS JR.

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☒ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☒ Other (Specify): Supervised Release Vio

**DOCKET NUMBERS**
Magistrate: _____
District Court: 04-369 and 00-341
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Five Happiness - Carrollton
- IF YES, how much do you earn per month? $ 1460
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
- Tylen Mayho - 6 yrs old
- Dayton Peters - 7 yrs old

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | $ | $500 |
| Utilities | $ | $220 |
| Child Support (begins 11/06) | $ | $220 |
| Credit Cards | $ | $50 |
| | | $990 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10-2-06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Jesse Pete