UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       *       CRIMINAL NO. 00-341

v.                              *       SECTION: "C"

JESSE PETERS                    *

                    *   *   *

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On March 14, 2001, defendant, Jesse Peters (hereinafter referred to as "Peters"), appeared before this Honorable Court, and was sentenced to 41 months in the custody of the Bureau of Prisons for violating Title 18, United States Code, Section 2113(a) (Bank Robbery). Following his release from prison, Peters was subject to a term of supervised release for a period of three (3) years and ordered to pay restitution, beginning while incarcerated, in the amount of $1,873.00 and a $100 special assessment. Peters' supervision commenced on November 7, 2003. In addition to the standard conditions of supervised release, Peters was also required to make

financial disclosures, submit to drug testing and treatment, and participate in orientation and life skills classes.  *See* Judgment and Probation/Commitment Order, docket no. 14, filed March 14, 2001.

II.

As set forth in the attached Petition for Warrant or Summons for Offender Under Supervision (Exhibit "A"), Peters has violated the standard and special conditions of his supervised release in the following respects:

1. Peters has not completed the orientation and life skills classes as scheduled. He completed three of five classes;

2. Following Hurricane Katrina, Peters agreed to report to the Probation Office at the beginning of April 2006, but failed to do so.  Additionally, Peters has not submitted monthly supervision reports since March 2005; and

3. Peters was given specific instructions to report to the Probation Office at the beginning of April 2006.  He failed to report as instructed.

**WHEREFORE**, the United States of America prays that defendant, Jesse Peters, be brought before this Honorable Court and ordered to show cause as to why his supervised release should not be revoked for the foregoing violations.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    s/ Emily K. Greenfield
    EMILY K. GREENFIELD
    Assistant United States Attorney
    Louisiana Bar Roll Number 28587
    Hale Boggs Federal Building
    500 Poydras Street, Room 210
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3024
    emily.greenfield@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                            s/ Emily K. Greenfield
                                            EMILY K. GREENFIELD
                                            Assistant United States Attorney