Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 14 AM 7:36
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** JESSE PETERS  **Case Number:** 053L 2:00CR00341-001C

**Name of Sentencing Judicial Officer:** Honorable Helen G. Berrigan

**Offense:** 18 U.S.C. 2113(a) - Bank robbery

**Date of Sentence:** March 14, 2001

**Sentence:** 41 months in the custody of the Bureau of Prisons, followed by a supervised release term of three years, and pay restitution in the amount of $1,873.00, to begin while incarcerated. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Pay restitution of $1,873.00 to begin while incarcerated. Upon release, any unpaid balance shall be paid at a rate of $75.00 per month.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** November 07, 2003

**Assistant U.S. Attorney:** Constantine D. Georges  **Defense Attorney:** Ron Small

### PETITIONING THE COURT

[ X ] To issue a warrant    [ ] To issue a summons

For the arrest of Jesse Peters for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 2: | Peters has not completed the orientation and life skills program as scheduled. He completed three of five classes. |
| Standard Condition No. 2: | Following Hurricane Katrina, Jessie Peters agreed to report to the Probation Office at the beginning of April 2006, but failed to do so. Additionally, Peters has not submitted monthly supervision reports since March 2005. |
| Standard Condition No. 3: | Jesse Peters was given specific instructions to report to the Probation Office at the beginning of April 2006. He failed to do so as instructed. |


GOVERNMENT EXHIBIT A

CUSTODIAL STATUS :

Jesse Michael Peters, Jr. is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 07, 2006

_/s/ Matthew Arseneaux for_
Kenny R. Dixon
U.S. Probation Officer

REVIEWED BY:

_/s/ Matthew Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_/s/_
Signature of Judicial Officer

8/11/06
Date

Address of Offender:   9507 River Road
                       Waggaman, LA 70994

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original         - Clerk's Office
  1 Copy Certified - U.S. Attorney
  1 Copy Certified - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING





CLERK'S OFFICE
A TRUE COPY
AUG 4 4 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.