UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-341 |
| v. | * | SECTION: "C" |
| JESSE PETERS | * | |
| | * * * | |

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that the defendant, Jesse Peters, be brought before this Court, that he be served with a copy of the Rule to Revoke, and that he show cause, if any he can, on the 25th day of October 2006, at 9:00 a.m., why the supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for the violations of the terms and conditions of the supervised release.

New Orleans, Louisiana, this _____ day of October 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE