UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-341** |
| **v.** | * | **SECTION: "C"** |
| **JESSE PETERS** | * | |
| | * * * | |

### MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that Emily K. Greenfield be substituted for Constantine Georges as counsel of record for the United States as Mr. Georges is no longer employed by the United States Attorney's Office.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

 s/ Emily K. Greenfield
EMILY K. GREENFIELD
Assistant United States Attorney
Louisiana Bar Roll Number 28587
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3024
emily.greenfield@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Virginia Laughlin Schlueter .

                                             s/ Emily K. Greenfield
                                            EMILY K .GREENFIELD
                                            Assistant U.S. Attorney