UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  00-341 |
| v. | * | SECTION:  "C" |
| JESSE PETERS | * | |
| | * * * | |

## ORDER

Considering the foregoing Motion to Substitute;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Emily K. Greenfield be

substituted for Constantine Georges as counsel of record for the United States of America.

New Orleans, Louisiana this_____day of October, 2006

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE