MINUTE ENTRY
MOORE, M.J.
OCTOBER 2, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS          NO. **00-341**

JESSE PETERS          SECTION "C"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:   X / DEFENDANT WITH/(WITHOUT) COUNSEL _Emily Greenfield for_
                X / ASST. U. S. ATTORNEY   WILLIAM P. GIBBENS
                X / PROBATION OFFICER KENNY R. DIXON
                __ / INTERPRETER, _____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ   (SUMMARIZED)   WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_October 12, 2006 at 2:00 p.m._
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_October 4, 2006 at 2:00 p.m._
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE _Ginger Berrigan_

MJSTAR: :05

__ Fee
__ Process
X Dktd
__ CtRmDep
__ Doc. No