MINUTE ENTRY
BERRIGAN, J.
OCTOBER 25, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-341 |
| JESSE MICHAEL PETERS, JR. | SECTION: "C" |

### RULE TO REVOKE SUPERVISED RELEASE

**COURT REPORTER:** David Zarek
**COURTROOM DEPUTY:** Kimberly County

**APPEARANCES:** Emily Greenfield, Asst. U.S. Attorney
George Chaney, Counsel for Defendant
Kenny Dixon, U. S. Probation Officer
Jesse Michael Peters, Jr., Defendant

Case called; all present & ready.
Deft stipulates to violations in the Rule to Revoke.
ORDERED - Supervised Release revoked; deft sentenced to custody of Bureau of Prisons for 4 months, to run current to sentence imposed in cr04-369 "J".
Deft remanded to USM.
Court adjourned.

JS-10:  00:13