◯AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__  District of __LOUISIANA__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| JESSE MICHAEL PETERS, JR. | Case Number: 053L 2:00CR00341-001 "C" |
| | USM Number: 27276-034 |
| | GEORGE CHANEY |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of conditions __as specified in the Rule to Revoke__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition No. 2 | Peters has not completed the orientation and life skills program as scheduled. He completed three of five classes. | |
| Standard Condition No. 2 | Following Hurricane Katrina, Jessie Peters agreed to report to the Probation Office at the beginning of April 2006, but failed to do so. Additionally, Peters has not submitted monthly supervision reports since March 2005. | |
| Standard Condition No. 3 | Jesse Peters was given specific instructions to report to the Probation Office at the beginning of April 2006. He failed to report as instructed. | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ###-##-7602 | October 25, 2006 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: June 25, 1977 | /s/ Helen G. Berrigan |
| | Signature of Judge |
| Defendant's Residence Address: | |
| 3812 CAMBRONNE STREET | |
| NEW ORLEANS, LOUISIANA 70118 | HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judge |
| | October 25, 2006 |

| | | |
|---|---|---|
| **COURT REPORTER:** | DAVID ZAREK | **CERTIFIED AS A TRUE COPY** |
| **U. S. ATTORNEY:** | EMILY GREENFIELD | **ON THIS DATE** _____ |
| **PROBATION OFFICER:** | KENNY DIXON | BY _____ |
| **COURTROOM DEPUTY:** | KIMBERLY COUNTY | Deputy Clerk |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: JESSE MICHAEL PETERS, JR.
CASE NUMBER: 053L 2:00CR00341-001 "C"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
4 MONTHS.  THIS SENTENCE IS IMPOSED TO RUN CONCURRENTLY WITH THE SENTENCE IMPOSED IN EASTERN DISTRICT OF LOUISIANA DOCKET NUMBER 04-00369-009 "J"

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____   ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL